IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| Tamara Lane, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:22-cv-00023-HFS |
|  | ) |  |
| Pyramid Homemaker Services, Inc., | ) |  |
| d/b/a Elara Caring, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER OF DISMISSAL**

The parties have filed a joint stipulation of dismissal. (Doc. 20). The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

**ORDERED** that the above action shall be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

/s/ Howard F. Sachs
Howard F. Sachs
United States District Judge

July 6, 2022
Kansas City, Missouri